UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIOLET EMERSON PROULX<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security<br><br>　　　　　　　　　　Defendant. | Case No.: 18-cv-1755-JAH-BGS<br><br>**ORDER GRANTING MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS [Doc. No. 2]** |

On July 30, 2018, Plaintiff filed a complaint in this Court requesting review of a final decision rendered by the Commissioner of Social Security. [Doc. No. 1]. Plaintiff also filed a Motion for Leave to Proceed *in forma pauperis*. [Doc. No. 2]. All parties instituting any civil action, suit or proceeding in a district court of the United States, except an application for writ of habeas corpus, must pay a filing fee of $350. See 28 U.S.C. § 1914(a). A court may authorize the commencement of a suit without prepayment of fees if the plaintiff submits an affidavit, including a statement of all his or her assets, showing that he or she is unable to pay the fees. See 28 U.S.C. § 1915(a).

This Court's review of Plaintiff's *in forma pauperis* application and complaint reveals that Plaintiff has been unemployed since May of 2018. See Doc. No. 2, pg. 2.

1

18-cv-1755-JAH-BGS

| | |
|---|---|
| 1 | Plaintiff avers that she will be receiving $191.00 in food stamps beginning in August of |
| 2 | 2018. Id. Ultimately, Plaintiff claims that she has depleted her savings, and is currently |
| 3 | being financially supported by a friend. Id. at pg. 5. Based on these representations, this |
| 4 | Court finds Plaintiff has sufficiently shown she is unable to pay the fees required to |
| 5 | commence her lawsuit. Therefore, this Court **GRANTS** Plaintiff's motion to proceed *in* |
| 6 | *forma pauperis* pursuant to 28 U.S.C. § 1915(a). |
| 7 | **IT IS SO ORDERED.** |
| 8 | DATED: August 15, 2018 |

_____
JOHN A. HOUSTON
United States District Judge